UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE ENCAR ARNOLD,<br><br>      Plaintiff,<br><br>-against-<br><br>THE UNITED NATIONS ORGANIZATION; UN OFFICE OF LEGAL AFFAIRS; SEC. GEN. ANTONIO GUTERRES; UNITED NATIONS DEVELOPMENT PROGRAMME; THE UNITED NATIONS ORGANIZATION; UN AMBASSADOR LINDA THOMAS-GREENFIELD,<br><br>      Defendants. | 24-CV-9539 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On March 12, 2025, the Court received Plaintiff's request for "Involuntary Dismissal Without Prejudice." (ECF 10.) The Court construes this submission as a request to voluntarily dismiss this action under Rule 41(a) of the Federal Rules of Civil Procedure. The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a), without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: April 17, 2025
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge